AO 91 (Rev. 11/11)  Criminal Complaint

| AUSA: | Sean King | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Kenton Weston | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Antoine Davis

Case No.  Case: 2:24−mj−30010
Assigned To : Unassigned
Assign. Date : 1/9/2024
USA V. DAVIS (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 27, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Kenton Weston, Special Agent (ATF)
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: January 9, 2024

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Kenton Weston, being first duly sworn, hereby state:

## INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machine Gun Conversion (MCD) Train the Trainer Course, Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. During my employment with ATF, I have conducted and/or participated in over a hundred criminal investigations focused on firearms, drug trafficking violations, and criminal street gangs in the Eastern District of Michigan, which has resulted in the seizure of illicit controlled substances, hundreds of firearms, and over one hundred-fifty arrests.

2. This affidavit is made in support of an application for a criminal complaint for Antoine Landers DAVIS(XX/XX/1983).

3. I have probable cause to believe that DAVIS, a convicted felon aware of his felony conviction(s), did knowingly and intentionally possess a firearm, said firearm having affected interstate commerce, in violation of 18 U.S.C. 922(g)(1) (felon in possession of a firearm).

4. I make this affidavit based on my participation in this investigation, reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

5. The information in this affidavit is for the limited purpose of establishing probable cause and does not contain all details or all facts relating to this investigation.

## PROBABLE CAUSE

6. On December 27, 2023, Detroit Police Department (DPD) officers, while on proactive police patrol, observed an individual, later identified as DAVIS, pumping gas into a black Dodge Durango at a BP gas station located in the Eastern District of Michigan. One of the officers observed the handle of a handgun exposed on DAVIS's right hip side, with the remaining portion of the weapon concealed in DAVIS's pant waistline. Officers approached DAVIS and inquired if DAVIS was in possession of a firearm, which DAVIS denied. Immediately after, one of the officers then removed a loaded Glock 19 Gen 5 9mm pistol with an inserted extended magazine from DAVIS's waistband. DPD conducted a search in the Law Enforcement Information Network (LEIN) which revealed that DAVIS did not possess a Concealed Pistol License (CPL) and that the recovered firearm was previously reported as stolen.

7. While speaking to DAVIS, an officer shined their flashlight into the Durango, observed no other individuals in the vehicle, and saw a white powder-like substance inside a clear plastic bag in the car's cup holder. Officers ultimately recovered two clear sandwich baggies containing suspected cocaine (field tested positive for cocaine).

8. Before impounding the car, officers also recovered a utility bill addressed to DAVIS located near the suspected cocaine.

9. On January 5, 2024, I contacted Special Agent Kara Klupacs, an ATF Interstate Nexus Expert, and provided her a description of the recovered firearm. Based upon the description, Special Agent Klupacs advised that the firearm is a firearm as defined under 18 U.S.C. § 921. She also advised that the firearm was manufactured outside of the state of Michigan after 1898 and therefore had traveled in and affected interstate commerce.

10. I reviewed DAVIS' computerized criminal history which revealed the following conviction (among other convictions):

   a. On June 9, 2008, DAVIS was sentenced in Michigan's 3rd Circuit Court to felony manslaughter. The court sentenced Davis to 40 months to 15 years in prison. Per the Michigan Department of Corrections, DAVIS was discharged from parole in November 2015.

11.   Because DAVIS was convicted of felony manslaughter and sentenced to 40 months to 15 years in prison, there is probable cause to believe that DAVIS knew he was a convicted felon on December 27, 2023.

## CONCLUSION

12.   Based on the aforementioned facts, there is probable cause to believe that DAVIS, a convicted felon aware of his felony conviction(s), did knowingly and intentionally possess a firearm, said firearm having affected interstate commerce, in violation of 18 U.S.C. 922(g)(1) (felon in possession of a firearm). Said violation occurring on or about December 27, 2023, in the city of Detroit, in the County of Wayne, in the Eastern Judicial District of Michigan.

Respectfully submitted,

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

_Elizabeth A. Stafford_
Hon. Elizabeth A. Stafford
United States Magistrate Judge